UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20491-CIV-KING



FILED by _____ D.C.

JAN 10 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

ROSE GILLARD, LAURA CROSKEY,
BESSY GUADALUPE MORALES,
DONNA SWIFT, and ANGELA VARGAS,

    Plaintiffs,

v.

THE HERTZ CORPORATION,
a Delaware corporation,

    Defendant.

_____/

### ORDER GRANTING DISMISSAL OF CLAIMS OF PLAINTIFF BESSY GUADALUPE MORALES AGAINST DEFENDANTS

THIS CAUSE came before the court, upon the Stipulation of Voluntary Dismissal of Claims of Bessy Guadalupe Morales filed January 7, 2005, in the above-styled cause. On December 17, 2004, Plaintiffs Laura Croskey, Donna Swift, Angela Vargas and Rose Gillard were dismissed upon settlement. After careful review of the record, and the court being duly advised of the premises, it is

ORDERED, ADJUDGED and DECREED that the above-styled motion be, and the same is hereby, GRANTED. This Order dismisses Bessy Guadalupe Morales. This leaves pending for trial as the only remaining Plaintiff Paula J. Rivera.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States District Courthouse, Miami, Florida, this 10th day of January, 2005.

*[signature]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: William Osborne Solms, Jr., Esq.
Solms & Associates, LLC
9100 South Dadeland Blvd.
One Datran Center - Suite 1602
Miami, FL 33156
Facsimile: 305-670-7577
**Counsel for Plaintiffs**

John W. Campbell, Esq.
Constangy Brooks & Smith, LLC
100 North Tampa, Suite 3350
Tampa, FL 33602
Facsimile: (813) 223-2515
**Counsel for Defendants**